IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BUSINESS LOAN CENTER, L.L.C..,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-0011-WS-L |
| ) | |
| **F/V LOVELY KIMBERLY & JR. , in rem,** ) | |
| ) | |
|     **Defendant.** ) | |

**ORDER**

This matter is before the Court on the plaintiff's motion for interlocutory sale of the F/V LOVELY KIMBERLY & JR. ("the Vessel"). (Doc. 12). Upon consideration of the motion and all other relevant materials in the file, the motion for interlocutory sale is **granted**.[1] It is therefore **ordered** that:

1. The Vessel, her engines, hull, tackle, gear and appurtenances, etc., be sold, pursuant to Admiralty Rule E(9)(b), at public United States Marshal's sale free of all mortgages, liens, and other encumbrances;

2. The proceeds of the sale be promptly deposited by the United States Marshal, pursuant to Rule E(9)(b)(i), Rule E(9)(c) and Local Admiralty Rule 8, into the registry of the Court pending further orders of the Court;

3. *Venditioni Exponas* issue accordingly, and that the sale of the Vessel take place on **Wednesday, May 25, 2005**, at 12:00 noon C.S.T. on the front steps of the United States Courthouse, 113 Saint Joseph Street, Mobile, Alabama;

4. The United States Marshal forthwith issue notice of said sale, pursuant to Local Admiralty Rule 7, by publication in the *Mobile Register* three times a week for two consecutive weeks, with the

---

[1] The Court finds that the requirements of 46 U.S.C. § 31325(d)(1) have been satisfied, in that the master or individual in charge of the vessel received actual notice at the time of arrest, and the holders of recorded, undischarged liens or other mortgages on the Vessel have been notified by certified mail. (Doc. 12 at 2; Docs. 14, 18).

last date of publication not more than twenty nor less than five days before May 25, 2005, said notice to be substantially in accordance with the attached form;

 5.  The successful and highest bidder for the Vessel at the sale shall, on the date of the sale and within the time allowed by the United States Marshal, deposit with the United States Marshal at least ten percent (10%) of the amount bid for the Vessel, said deposit to be either by cash, cashier's check or certified check, with the balance of the purchase price to be paid to the United States Marshal in cash, cashier's check or certified check within one business day thereafter.  If the bidder should fail to pay the balance when due, the bidder's deposit shall be forfeited and treated as additional proceeds of the sale;

 6.  Pursuant to Local Admiralty Rule 7, the plaintiff may place additional advertising of the sale in other publications, and the expenses of such additional advertising may be taxed as costs of the Court and reimbursed out of the proceeds of the sale of the Vessel if, and to the extent, such advertising and such expenses are found to be reasonable under the circumstances, including the value of the Vessel;

 7.  The plaintiff may bid at the sale, without making any payment to the United States Marshal, up to the sum of $381,577.08, plus accrued but unpaid interest, fees and late charges;

 8.  Pursuant to Local Admiralty Rules 6(e) and 7, all persons interested in the Vessel and these proceedings must propound their claims on or before **June 24, 2005**;

 9.  The plaintiff shall provide a copy of this order to any party contacting the United States Marshal or plaintiff's counsel expressing an interest in the Vessel.

 DONE and ORDERED this 27th day of April, 2005.

            s/ WILLIAM H. STEELE
            UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BUSINESS LOAN CENTER, L.L.C.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-011-WS-L |
| | ) | |
| F/V LOVELY KIMBERLY & JR.  , in rem, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SALE OF VESSEL AND LAST DATE FOR FILING OF CLAIMS**

Notice is hereby given that, pursuant to an Order entered by the United States District Court for the Southern District of Alabama, Southern Division, in the case of Business Loan Center, L.L.C. v. F/V LOVELY KIMBERLY & JR., etc., Civil Action No. 05-0011-WS-L, the United States Marshal will sell the F/V LOVELY KIMBERLY & JR., her engines, hull, tackle, gear and appurtenances, etc., to the highest bidder by proclamation in the usual form at 12:00 noon C.S.T. on Wednesday, May 25, 2005, on the front steps of the United States Courthouse (Federal Building) at 113 Saint Joseph Street, Mobile, Alabama 36602, with all risks to be assured by the purchaser at that time.  The F/V LOVELY KIMBERLY & JR., official United States registry number 1021265, is a 1994 commercial shrimping vessel.  The F/V LOVELY KIMBERLY & JR. is currently located at Gazzier Shipyard, c/o Richard Gazzier, at 9280 Seafood House Road, Bayou La Batre, Alabama.  Prospective purchasers may, on application to the United States Marshal and at such time and in such manner as he may direct, board the F/V LOVELY KIMBERLY & JR. for the purpose of inspection thereof.  The successful bidder shall be required to deposit ten percent (10%) of the bid with the United States Marshal in cash, certified check or cashier's check at the time of sale, and the balance shall be paid in full in like form within one banking day thereafter. The deposit will be forfeited if the bidder fails to pay in full the

balance when due. The sale is subject to confirmation by the Court. The proceeds of the sale shall be deposited in the registry of the United States District Court pending further order of the Court. The last date on which claims may be filed against the Vessel or the proceeds of the sale shall be June 24, 2005. Information regarding the F/V LOVELY KIMBERLY & JR. may be obtained by calling or writing the attorney for the plaintiff, Rufus C. Harris III, Harris & Rufty, L.L.C., 1450 Poydras Street, Suite 1500, New Orleans, Louisiana 70112, telephone (504) 525-7500.

_____
UNITED STATES MARSHAL

Publication Dates: May 4, 5, 6, 9, 10 and 11, 2005