IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BUSINESS LOAN CENTER, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-0011-WS-L |
| | ) | |
| **F/V LOVELY KIMBERLY & JR., in rem,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on the plaintiff's motion to confirm sale of the F/V LOVELY KIMBERLY & JR. ("the Vessel"), to convey title to the Vessel, and to release the Vessel. (Doc. 23). The file reflects the following: that notice of the sale was properly given pursuant to Court order; that the sale took place as ordered on the front steps of the United States Courthouse in Mobile, Alabama at noon on May 25, 2005; that the plaintiff's bid of $43,000.00 was the highest and best bid received; that the plaintiff has performed the terms of the purchase;[1] and that no written objection to the sale or the sale price has been filed.

Accordingly, pursuant to Supplemental Rule E and Local Admiralty Rule 9, the motion to confirm sale, convey title and release the Vessel is **granted**. The sale of the Vessel to the plaintiff is **confirmed**. The Marshal is directed to execute and deliver to the plaintiff, or to any person or entity designated by the plaintiff in writing, a Marshal's bill of sale conveying title to the Vessel, her engines, machines, fittings, tackle and all other appurtenances thereto belonging, free and clear of any and all liens and encumbrances, along with all other appropriate documentation to effect a proper legal conveyance of the Vessel. The Vessel is hereby released from seizure and court-directed custodianship by Gazzier Shipyard, Inc. to the plaintiff or to any person or entity designated by the plaintiff.

---

[1] Because the plaintiff's successful bid is less than the amount of its claim, it is not required to transfer any funds to the Marshal as a condition of confirmation. (Doc. 20, ¶ 7).

DONE and ORDERED this 3rd day of June, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE